UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RAMON JACKSON,

    Plaintiff,

v.

                                File No. 2:10-cv-253

                                HON. ROBERT HOLMES BELL

JEFF WOODS, et al.,

    Defendants.
                             /

**ORDER APPROVING AND ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On August 14, 2012, Magistrate Judge Timothy P. Greeley issued a Report and Recommendation ("R&R") recommending that the motions for summary judgment filed by Defendants Jeff Woods, Robert Norton, and Kathy Olson (Dkt. No. 47) and by Defendants Michael Peltier and Cathy Cryderman (Dkt. No. 57) be granted and that this case be dismissed in its entirety. (Dkt. No. 63.)

No objection has been filed, and the deadline for doing so has expired. The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the August 14, 2012, R&R (Dkt. No. 63) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that the motions for summary judgment filed by Defendants Woods, Norton, and Olson (Dkt. No. 47) and by Defendants Peltier and Cyderman (Dkt. No. 57) are **GRANTED.**

Dated: September 7, 2012 /s/ Robert Holmes Bell
ROBERT HOLMES BELL
UNITED STATES DISTRICT JUDGE